3022830-RTV/jys

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NORTHFIELD INSURANCE COMPANY, an Iowa corporation,<br>      Plaintiff,<br>  v.<br><br>TYLER LIFT SERVICES, LLC and JOSEPH TUSEK,<br>      Defendants. | No: 13-cv-08059<br><br>Hon. Samuel Der-Yeghiayan |

## AGREED MOTION FOR ENTRY OF JUDGMENT

Plaintiff, Northfield Insurance Company ("Northfield"), by its attorneys SmithAmundsen LLC, and Defendant, Tyler Lift Services, LLC, by its attorneys, Spesia & Ayers, move the Court to enter judgment in Northfield's favor in accord with the proposed judgment that is attached as Exhibit 1 hereto. In support of said motion, the Parties state that they have settled and resolved their differences and, that pursuant to said settlement, and subject to the Court's approval, the attached judgment is to be entered in Northfield's favor.

WHEREFORE, the parties pray that the court enter judgment as aforesaid.

Respectfully submitted,

NORTHFIELD INSURANCE COMPANY
By: s/Richard T. Valentino, Esq.
Richard T. Valentino, ARDC #6188317
Attorney for Westfield Insurance Company
SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago IL 60601
(312) 894-3200
(312) 894-3210 (fax)
E-mail: rvalentino@salawus.com

TYLER LIFT SERVICES, LLC
By: s/Jeffrey S. Taylor, Esq.
Jeffrey S. Taylor, Esq., ARDC #06227171
Spesia & Ayers
1415 Black Road
Joliet, IL 60435
(815) 726-4311
(815) 846-2410 (fax)
E-mail: jtaylor@spesia-ayers.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that on May 27, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                 s/ Richard T. Valentino
                                 Richard T. Valentino Bar Number: 6188317
                                 Attorney for Plaintiff Northfield Insurance Company
                                 SMITHAMUNDSEN LLC
                                 150 North Michigan Avenue, Suite 3300
                                 Chicago Illinois 60601
                                 Telephone: (312) 894-3200
                                 Facsimile: (312) 894-3210
                                 E-mail: rvalentino@salawus.com